UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re | Case No. 17- 23956 (RDD) |
| *JOSEPH T VISCONTI & KATARZYNA M VISCONTI* | Chapter 13 |
| Debtor(s). | |

-------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

PLEASE TAKE NOTICE that the Debtors hereby, pursuant to 11 USC § 1307(b), elect to voluntarily dismiss the above-noted chapter 13 case, and request the Court issue an Order to such effect, a proposed Order being attached hereto; in support, the Debtors submit herewith an Affidavit confirming their election.

Dated: April 16, 2018
          White Plains, New York

                                      LAW OFFICE OF TIMOTHY G. HOLDEN
                                      Counsel for the Debtors

                                      */s/ Timothy G. Holden*
            By:   Timothy G. Holden, Esq. (TH1864)
                   150 White Plains Road
                   Tarrytown, New York 10951
                   (914) 332-0700

To:

Krista Pruess, Esq.
Standing Chapter 13 Trustee
399 Knollwood Rd # 102
White Plains, NY 10603